I concur in the main opinion. I write separately to add that the holding in this case is in accord with a certain portion of this Court's holding in Ex parte BEKConstruction Co., 728 So.2d 621 (Ala. 1998), and the holdings of this Court in two other cases. Specifically, this Court explained in BEK that "in situations where the injured employee recovers from a third-party tortfeasor,the amount of that recovery attributable to the employee'smedical or vocational expenses" is to be applied against the worker's compensation insurer's obligation for those expenses and that the trial court must "determine, usingequitable principles applicable to subrogation rights, which part of [the employee's] settlement is attributableto his medical expenses." 728 So.2d at 624 (emphasis